**Stanley KUPISZEWSKI and Joanna
Kupiszewski, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

No. 22590.

United States Court of Appeals
Fifth Circuit.

Oct. 10, 1966.

Stanley D. Kupiszewski, Jr., Lake Wales, Fla., for petitioners.

Louis F. Oberdorfer, Asst. Atty. Gen., Dept. of Justice, Marco S. Sonnenschein, Lee A. Jackson, Richard M. Roberts, Asst. Atty. Gen., Meyer Rothwacks, Robert N. Anderson, Attys., Dept. of Justice, Mitchell G. Rogovin, Chief Counsel, Glen E. Hardy, Atty., Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and BROWN and GODBOLD, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed.

■

**James T. BENN, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

No. 22332.

United States Court of Appeals
Fifth Circuit.

Oct. 6, 1966.

John Glandon Davies, William H. Deck, Washington, D. C., for petitioner.

Thomas L. Stapleton, Atty., Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter,

Attys., Dept. of Justice, Richard M. Roberts, Acting Asst. Atty. Gen., Mitchell Rogovin, Chief Counsel, I.R.S., Glen E. Hardy, Atty., Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and BROWN and GODBOLD, Circuit Judges.

PER CURIAM:

The issues in this case are purely questions of fact. All of such issues having been resolved by the Tax Court upon evidence credited by it, the judgment appealed from is affirmed.